Mary Scopas
207th Judicial District Court Reporter
Serving Comal, Hays and Caldwell Counties
(512) 757-0387
Scopam@co.comal.tx.us


December 3, 2015


Third Court of Appeals

Re:  Court of Appeals Cause No. 03-15-00709-CV
     Trial Court No. 15-D-115, Marcia Alvarez v.
     Victor Alvarez

To Whom it May Concern:

     I just wanted to update the Court in the
above-mentioned matter.  As of today's date, I still have
not received any communication from the appellant or the
appellant's attorney regarding the Reporter's Record or
anything regarding this case or otherwise.



          Respectfully,



          **\s\ Mary Scopas**

          Mary Scopas, CSR, RPR
          CSR #5313 -  Expiration Date: 12/31/16
          RPR #812407 - Expiration Date: 09/30/19